IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ASW ASSOCIATES, INC.,        )
                             )
           Plaintiff,        )        4:03CV3165
                             )
     v.                      )
                             )
THE UNIVERSITY OF CHICAGO,   )        ORDER
                             )
           Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to strike (Filing No. 87), and plaintiff's motion in limine to exclude the testimony of Deirdre Reed (Filing No. 116). Inasmuch as judgment on the pleadings was granted (Filing No. 127), the motion to strike will be denied as moot.

Plaintiff's motion in limine will be denied without prejudice. The parties shall file a status report, on or before September 16, 2005, as to the results of the audit performed. Accordingly,

IT IS ORDERED:

1) Defendant's motion to strike is denied as moot;

2) Plaintiff's motion in limine to exclude the testimony of Deirdre Reed is denied without prejudice;

3) The parties shall file a status report on or before September 16, 2005.

DATED this 1st day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court