IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ASW ASSOCIATES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:03CV3165 |
| | ) | |
| v. | ) | |
| | ) | |
| THE UNIVERSITY OF CHICAGO, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Clerk's Office has requested that Document Number 152 be stricken from the record for the following reason:

- Pursuant to the Civil Administrative Procedure E(2) Proposed Orders shall be submitted to Chambers.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 152 from the record.

DATED this 28th day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court