IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ASW ASSOCIATES, INC.,         )
                              )
           Plaintiff,         )          4:03CV3165
                              )
      v.                      )
                              )
THE UNIVERSITY OF CHICAGO,    )          ORDER
                              )
           Defendant.         )
_____)
```

This matter is before the Court on the joint motion for dismissal of all claims with prejudice (Filing No. 151). Accordingly,

IT IS ORDERED that this motion is granted; this action is dismissed with prejudice, each party to pay their own costs.

DATED this 31st day of October, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
  LYLE E. STROM, Senior Judge
  United States District Court